UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 25 Cr. 295 (CS) |
| KOSTAS FEKKAS, <br> a/k/a "Constantine Fekkas," <br> a/k/a "C.J. Justice," | |
| Defendant. | |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2422(b), 2427, 2252A(a)(2)(B) and (b)(1), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Kostas Fekkas
Defendant

_____
Rachel Martin, Esq.
Attorney for Defendant

Dated: White Plains, New York
       June 26, 2025