

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

         - against -

KOSTAS FEKKAS

                Defendant

-------------------------------------------------------------x

0208 7:25CR00295- 001 (CS)

**ORDER**

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $6,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: White Plains, New York
      January  21  , 2026

_____
Honorable Cathy Seibel
U.S. District Judge



**Empire State Forensics**
Evaluation, Treatment, and Consultation Services

# Superbill

**Empire State Forensics LCSW, P.C.**

Date : 12 January 2026
Invoice No. : 9898
For Questions Call : 9143412039

Kostas Fekkas

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

| | | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|---|
| **Date** | **Service** | **Place of Service** | **Units** | | | **Charge** |
| 01/12/2026 | Psychosexual Evaluation and Report | 11 | 1 | | | $6,000.00 |
| | | | | | Total Charges: | $6,000.00 |

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $6,000.00
**Balance Due:** **$6,000.00**

Billing Provider: Name: Empire State Forensics
LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

Client:    Name: Kostas Fekkas

Rendering
Provider:
Clinician Shoshanna Must, PhD
NPI #: 1295885275

Footnote: