# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Request approved.  The sentencing
hearing will be held 3/18/26 at 11:30
a.m.  Defendant's sentencing
memorandum is due 3/4/26, and the
Government's response is due 3/11/26.

January 27, 2026

SO ORDERED.

The Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.    1/27/26

Re:  *United States v. Kostas Fekkas*, 25 Cr. 295 (CS)

Dear Judge Seibel,

With the consent of the government, I write to request an adjournment of the
February 26, 2026, sentencing hearing in the above-captioned matter, to a date no
sooner than March 16, 2026. The defense received the PSR on Friday, January 23,
2026, and requires additional time to gather mitigation materials in support of
Mr. Fekkas' sentencing. The government does not object to this request for
adjournment.

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Kostas Fekkas

cc:    AUSA Timothy Ly
Crystalyn Meyers, United States Probation Officer